# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DELILAH MICHELLE PAUL, an individual (2) DELILAH MARIE PAUL, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 15-CV-712-JHP-TLW ) ) |
| (1) CSAA FIRE & CASUALTY INSURANCE COMPANY, D/B/A CSAA INSURANCE GROUP, AAA INSURER, an Alaskan Corporation, and (2) CSAA FIRE & CASUALTY INSURANCE COMPANY D/B/A CSAA INSURANCE GROUP, AAA INSURER, a California Corporation, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants by counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all of Plaintiffs' claims against all Defendants in the above titled action are voluntarily dismissed with prejudice.

Respectfully submitted,

ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO
A PROFESSIONAL CORPORATION

  /s/ James N. Edmonds, OBA #15757
William A. Fiasco, OBA #12662
James N. Edmonds, OBA#15757
1500 ParkCentre, 525 South Main
Tulsa, Oklahoma  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
***Attorneys for Defendant, CSAA***

/s/ Andrea R. Clinger
Andrea R. Clinger, OBA #31910
1634 South Denver Avenue,
Tulsa, OK 74119
Phone: (918) 582-7336
Mobile: (214) 682-4069
Email: andi@clingerlawfirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on this, the 24th day of January, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

William A. Fiasco, OBA #12662
James N. Edmonds, OBA #15757
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096

Ryan A. Keith
Jim Franklin
Keith & Associates Legal, PLLC
115 W. 3rd Street, Suite 800
Tulsa, OK 74103

/s/ James N. Edmonds

S:\Files\311\27\ECF\Stipulation-DWP-jja.wpd